IN THE UNITED STATES DISTRICT COURT 

FOR THE DISTRICT OF NEW MEXICO

JOHN AYERS, DAVID BALLEJOS, IVAN GARCIA,
DARREN LOVATO, ANTHONY SANDOVAL and
ALEX SOSAYA, on behalf of themselves and all
others similarly situated,

       Plaintiffs,

vs.                                                                   No. CIV 02-1438 BB/WDS

ROBERT PERRY, individually, JAMES BURLESON,
Secretary Designee of the New Mexico Department of
Corrections, in his official capacity, JOHN SHANKS,
Acting Deputy Secretary – Operations and Director of
Adult Prisons for the New Mexico Department of Corrections,
in his individual and official capacities, TIM LeMASTER,
Warden of the Penitentiary of New Mexico, in his official
capacity, LAWRENCE TAFOYA, Warden of the Southern
New Mexico Correctional Facility, in his official capacity,
RON GUILLEMETTE, Cognitive Restructuring Coordinator
for the Special Controls Facility of the Penitentiary of
New Mexico, in his individual and official capacities,
JAMES LOPEZ, Unit Manager of the Special Controls Facility
of the Penitentiary of New Mexico, in his individual and official
capacities, and the NEW MEXICO DEPARTMENT OF CORRECTIONS,

       Defendants.

## PLAINTIFFS' UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE

       COME NOW Plaintiffs by and through their counsel of record and for their Unopposed Motion for Dismissal with Prejudice state as follows:



I:\ATTORNEY\RTB\72405\0005\pleading\RTB2444.DOC

1. On March 19, 2003, a cause of action styled as Anthony J. Sandoval v. James Lopez, Peter Koeppe, Phillip Mares, New Mexico Correctional Department, No. CIV 02-170 MV/LFG (Sandoval v. Lopez) was consolidated into the within action.

2. Since then the parties to this action have entered into an agreement that resolves all of Plaintiffs' claims in this litigation except for the claims made in Sandoval v. Lopez.

3. By the terms of said agreement, Plaintiffs must dismiss the within action with prejudice and hereby move to dismiss the action with prejudice, except for the claims made in Sandoval v. Lopez.

4. Defendants do not oppose this motion.

WHEREFORE, Plaintiffs respectfully move to dismiss this action, No. CIV 02-1438 BB/WDS, with prejudice, except for the claims made in Sandoval v. Lopez, No. 02-170 MV/LFG.

Respectfully submitted:

Mark H. Donatelli
Rothstein Donatelli Hughes
 Dahlstrom Schoenburg & Frye LLP
1215 Paseo de Peralta
P.O. Box 8180
Santa Fe, NM 87504-8180
(505) 988-8004

Lawrence Kronen
122 Tulane Drive SE
Albuquerque, NM 87106-1440
(505) 256-7690

Edwin E. Macy
Morgan Law Office Limited
500 Tijeras NW
Albuquerque, NM 87102-3133
(505) 842-1905

Peter M. Cubra
122 Tulane Drive SE
Albuquerque, NM 87106-1440
(505) 256-7690

Philip B. Davis
814 Marquette NW
Albuquerque, NM 87102-1959
(505) 242-1904

Approved:

_/s/_____
Robert T. Booms
BUTT THORNTON & BAEHR, PC
P.O. Box 3170
Albuquerque, NM 87110
(505) 884-0777

Charles N. D'Angelo
General Counsel
NEW MEXICO CORRECTIONS DEPARTMENT
P.O. Box 27116
Santa Fe, NM 87502-0116
(505) 827-8698

Attorneys for Defendants